IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE CALLING CARD, INC.,<br><br>Defendant. | )<br>)<br>) Misc. Docket No.: 02-MC-151<br>)<br>)<br>)<br>) Civil Action No. 02-454-A<br>) Pending in the U.S. District<br>) Court<br>) Eastern District of Virginia,<br>) Alexandria Division<br>) |

## PRAECIPE TO WITHDRAW MOTION

TO THE CLERK:

Please withdraw the Motion of Qwest Communications Corporation to Compel Union Telecard to Respond to Third Party Subpoena.

Respectfully submitted,

_____
Jami Wintz McKeon (PA #344448)
Catharine E. Gillespie (PA #82309)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA   19103
(215) 963-5000

Douglas P. Lobel (VSB #42320)
Joseph F. Yenouskas (VSB #27393)
MORGAN, LEWIS & BOCKIUS LLP
1600 Tysons Boulevard, 12th Floor
McLean, VA   22102
(703) 918-1000

Counsel for Plaintiff
Qwest Communications Corporation

June 27, 2002